UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
UNITED STATES OF AMERICA

    -against-

JACOB WALDEN

------------------------------------------------------

Case # 24-MJ-481

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant JACOB WALDEN in the above captioned matter and requests that copies of all notices and other court papers be served upon the undersigned at the address listed below.

Dated: Cedarhurst, New York
      July 31, 2024

                                                        Bienenfeld Law
                                                        _____/s/_____
                                                        by: Saul Bienenfeld
                                                        680 Central Ave
                                                        Cedarhurst NY 11516

                                                        Saul@bienenfeldlaw.com

                                                        212-363-7701