UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

   - against -

                           24-MJ-481

JACOB ISRAEL WALDEN,

           Defendant.

– – – – – – – – – – – – – – – – X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Leonid Sandlar from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney Leonid Sandlar
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6879
    Email: leonid.sandlar@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Leonid Sandlar at the email address set forth above.

Dated:     Brooklyn, New York
             August 1, 2024

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York

                            By:    /s/ Leonid Sandlar
                                        Leonid Sandlar
                                        Trial Attorney
                                        U.S. Department of Justice

cc:     Clerk of the Court